FILED
IN OPEN COURT

APR - 4 2023

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 2:22-CR-151 |
| ) | |
| DERRICK RAYMON SILVER, JR., ) | |
| ) | |
| ) | |
| Defendant. ) | |

## STATEMENT OF FACTS

The parties stipulate that the allegations in Count Ten of the Superseding Indictment and the following facts are true and correct, and that had the matter gone to trial the United States would have proven them beyond a reasonable doubt with admissible, credible evidence.

1. From in or about January to April 2018, the defendant, DERRICK RAYMON SILVER, JR., together with separately indicted co-conspirator Antonio Lamon Jefferson, Jr., were members of a straw-purchasing conspiracy in which the defendant straw-purchased multiple firearms for Jefferson, who then transported the firearms from Hampton Roads to Baltimore, Maryland, and elsewhere, and resold them there at a profit. Neither the defendant nor Jefferson were licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code.

2. The defendant straw-purchased the following firearms for Jefferson:

- A Taurus, Model PT111, 9mm semi-automatic pistol from CE Tactical in Suffolk, Virginia, on January 2, 2018;

- Two more Taurus, Model PT111, 9mm semi-automatic pistols from CE Tactical on March 21, 2018;

- A Zastava, Model PAP M92 PV, 7.62x39 caliber AK-type pistol from CE Tactical on March 22, 2018, after a one-day transaction delay, in a separate transaction from the one above;

- A KelTec, Model PF9, 9mm semi-automatic pistol and a SCCY, Model CPX, 9mm semi-automatic pistol from CE Tactical on March 22, 2018, in a separate transaction from the one above;

- A second Zastava, Model PAP M92 PV, 7.62x39 caliber AK-type pistol from CE Tactical on March 29, 2018;

- Two more Taurus, Model PT111, 9mm semi-automatic pistols from CE Tactical on April 2, 2018; and

- A Ruger, Model EC9s, 9mm semi-automatic pistol, a Taurus, Model Spectrum, .380 caliber semi-automatic pistol, and a Romarm, Model Draco, 7.62x39 AK-type pistol from CE Tactical on April 11, 2018.

3. In each transaction, the defendant purchased firearms from a federally licensed firearms dealer in the Eastern District of Virginia. And in each transaction, the defendant completed an ATF Form 4473 in which he knowingly lied and intended to deceive the gun shop about facts material to the lawfulness of the sale and with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the firearms dealer, by checking the box indicating that he was the actual buyer and transferee of the firearms even though he intended to transfer the firearms to Jefferson, and by checking the box indicating that he was not an unlawful user of, or addicted to, controlled substances when he really was a self-admitted unlawful user of Percocet pills and had used the drug daily for the past six to seven years.

4. Jefferson provided the defendant with the money to purchase the firearms and told him which firearms to purchase. After purchasing the firearms, the defendant transferred them to Jefferson despite knowing that Jefferson planned to resell the firearms in Baltimore.

5. Four of the straw-purchased firearms were later recovered in Baltimore and one was recovered in New Jersey.

6. All of the firearms had been manufactured outside of Virginia and had traveled in interstate and foreign commerce.

7. The acts taken by the defendant, DERRICK RAYMON SILVER, JR., in furtherance of the offense charged in Count Ten of the Superseding Indictment, including the acts described above, were done willfully and knowingly with the specific intent to violate the law. The defendant acknowledges that the foregoing statement of facts does not describe all of the defendant's conduct relating to the offenses charged in this case, and that it does not identify all of the persons with whom the defendant may have engaged in illegal activities.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____
William B. Jackson
Assistant United States Attorney

3

After consulting with my attorney, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
Derrick Raymon Silver, Jr., Defendant

I am Derrick Raymon Silver, Jr.'s attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
Lawrence H. Woodward, Jr., Esq.
Attorney for Derrick Raymon Silver, Jr.